UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 7:13-CV-144-BO<br>CITY OF WILMINGTON, NORTH CAROLINA, )<br>NEW HANOVER COUNTY, NORTH )<br>CAROLINA, AND CAPE FEAR PUBLIC )<br>UTILITY AUTHORITY, )<br>)<br>Defendants, )<br>)<br>THE STATE OF NORTH CAROLINA, )<br>)<br>Necessary Party required by )<br>33 U.S.C. § 1319(e). )<br>) | |

### ORDER TERMINATING CONSENT DECREE

The Court, having fully considered the Motion to Terminate submitted by the Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), with the consent of the Defendants, City of Wilmington, North Carolina, New Hanover County, North Carolina, and the Cape Fear Public Utility Authority, hereby ORDERS that the Consent Decree entered herein on December 13, 2013 is TERMINATED.

So ORDERED this __4__ of __June__, 2018.

_Terrence W. Boyle_
HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA